# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WASHINGTON MUTUAL BANK,**
        **Plaintiff,**

**-vs-**
                                          **Case No. 6:07-cv-1317-Orl-31DAB**

**DONNA E. BARAN, et al.,**
        **Defendants.**

___

**DONNA BARAN,**
        **Counter Claimant,**

**vs.**

**WASHINGTON MUTUAL BANK,**
        **Counter Defendant,**

___

**DONNA BARAN,**
        **Cross Claimant,**

**vs.**

**UNITED STATES OF AMERICA, et al.,**
        **Cross Defendants.**

___

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNITED STATES' MOTION TO DISMISS CROSS-CLAIM (Doc. No. 25)**
>
> **FILED:**      **November 7, 2007**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. Donna Baran's Cross-claim is **DISMISSED** with prejudice for failure to comply with this Court's Order of September 12, 2007 (Doc. 12). The Clerk is directed to terminate the Cross-Defendants in this action.

-2-

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 26, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE