**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WASHINGTON MUTUAL BANK,**

                **Plaintiff,**

-vs-                                                **Case No. 6:07-cv-1317-Orl-31DAB**

**DONNA E. BARAN, et al.,**

                **Defendants.**

---

**DONNA BARAN,**

                **Counter Claimant,**

**vs.**

**WASHINGTON MUTUAL BANK,**

                **Counter Defendant,**

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION TO REMAND (Doc. No. 30)**
>
> **FILED:**       **November 16, 2007**
>
> ---
>
> Defendant Donna Baran has indicated she does not oppose the motion to remand. (*See* Doc. 33). **THEREON** it is **ORDERED** that the motion is **GRANTED**. This case is hereby **REMANDED** to the 7th Judicial Circuit Court, in and for Volusia County, Florida. All pending motions are **DENIED** as moot and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 26, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE